July 31, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SIMULIS, L.L.C., Appellant

NO. 14-13-00383-CV      V.

GENERAL ELECTRIC CAPITAL CORPORATION, Appellee

_____

  This cause, an appeal from the judgment in favor of appellee, General Electric Capital Corporation, signed January 29, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

  We order appellant, Simulis, L.L.C., to pay all costs incurred in this appeal.

  We further order this decision certified below for observance.